UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-81313-CIV-ZLOCH

RONALD MANASSE and JOAQUIN
GUZMAN, on their own behalf
and others similarly situated,

      Plaintiffs,

vs.                                                                <u>O R D E R</u>

PERO PACKING & SALES, INC., a
Florida Corporation, et al.,

      Defendants.
_____/

      THIS MATTER is before the Court upon the Joint Motion To File Settlement Agreement Under Seal bearing file stamp of the Clerk of this Court dated November 16, 2007, filed herein by all Parties. The Court has carefully considered said Motion and the entire court file and is otherwise fully advised in the premises.

      The Court notes that the Settlement Agreement attached to the instant Motion as an Exhibit is not signed by all Parties and is thus not properly executed.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** that the Joint Motion To File Settlement Agreement Under Seal bearing file stamp of the Clerk of this Court dated November 16, 2007, filed herein by all Parties be and the same is hereby **DENIED**.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _19th_ day of November, 2007.

                                                    WILLIAM J. ZLOCH
                                                  United States District Judge

Copies furnished:

All Counsel of Record